## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| KIMBERLY KAY, | |
| *Plaintiff*, | Case No: 23-cv-6049 |
| v. | *Honorable Keri L. Holleb Hotaling, Magistrate Judge, presiding* |
| BMF IV IL FOX VALLEY VILLAGES LLC, BRIDGE PROPERTY MANAGEMENT L.L.C., | |
| *Defendants*. | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by the parties in the above-entitled action through their attorneys that the parties have resolved this matter and the above-entitled action should be dismissed with prejudice, with no costs sought or awarded.

_____
Aaron Hanford, Counsel for Plaintiff
Prairie State Legal Services
31W001 E. North Ave. Suite 200
West Chicago, IL 60185
(630)690-2130
ahanford@pslegal.org

_____
Danielle Urban, Counsel for Defendants
FISHER & PHILLIPS, LLP
1125 175h St. Suite 2400
Denver, CO 80202
(303) 218-3654
durban@fisherphillips.com