# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kimberly Kay

                                    Plaintiff,

v.                                                     Case No.: 1:23−cv−06049

                                                          Honorable Keri L. Holleb Hotaling

BMV IV IL Fox Valley Villages, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Parties having filed a Joint Stipulation of Dismissal [31], all pending deadlines and hearings before this Court are stricken. This case is dismissed with prejudice and each party shall bear its own fees and costs.Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.